AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

Jonathan R. Rangel

*Defendant*

Case No. **1:23-mj-668-DH**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan R. Rangel

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, Section 1704 - Unlawful Possession of USPS Keys
Title 18, Section 2114 - Robbery of U.S. Mails or U.S.

Date: 10/02/2023

*Issuing officer's signature*

City and state:   Austin, Texas

Dustin Howell, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                   _____
                                                   *Arresting officer's signature*

                                                   _____
                                                   *Printed name and title* |